# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>**THOMAS POWELL** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>Case Number: CR 09-4045-5-MWB<br>USM Number: 03919-029<br>**Brad Hansen**<br>Defendant's Attorney |

**THE DEFENDANT:**

■ admitted guilt to violation(s)  1a-c, 2, 3, 4, 5, 6a-c, 7a-g, 8, 9, 10a-b, 11a-b, 12, 13a-f, 14, 15a-c, 16, 17, and 18  of the term of supervision.

☐ was found in violation of _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1a-c, 11a-b, 13a-f | Failure to Comply with Substance Abuse Testing | April 8, 2015 |
| 2, 6a-c | Use of Controlled Substance | May 11, 2014 |
| 3 | Failure to Provide Truthful Information | April 10, 2014 |
| 4, 8 | Association with Persons Engaged in Criminal Activity | April 30, 2014 |
| 5, 10a-b, 15a-c | Failure to Follow Instructions of USPO | April 9, 2015 |
| 7a-g | Failure to Comply with Substance Abuse Treatment | April 9, 2015 |
| 9, 14 | Failure to Notify USPO of Change in Employment | April 2, 2015 |
| 12 | Failure to Notify USPO of Address Change | March 5, 2015 |
| 16 | Law Violation | June 14, 2015 |
| 17 | Use of Alcohol | June 14, 2015 |
| 18 | Leaving Judicial District Without Permission | June 14, 2015 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant was not found in violation of _____ and is discharged as to such violation(s).

☐ The Court did not make a finding regarding violation(s) _____.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

July 31, 2015
Date of Imposition of Judgment

_Mark W. Bennett_
Signature of Judge

Mark W. Bennett, U.S. District Judge
Name and Title of Judge

7.31.15
Date

DEFENDANT: **THOMAS POWELL**
CASE NUMBER: **CR 09-4045-5-MWB**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : **30 months.**

- ■ The court makes the following recommendations to the Bureau of Prisons:
  **That the defendant participate in the Bureau of Prisons' 500-Hour Comprehensive Residential Drug Abuse Program or an alternate substance abuse treatment program.**

- ■ The defendant is remanded to the custody of the United States Marshal.

- ☐ The defendant shall surrender to the United States Marshal for this district:
  - ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  - ☐ as notified by the United States Marshal.

- ☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  - ☐ before 2:00 p.m. on _____ .
  - ☐ as notified by the United States Marshal.
  - ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: **THOMAS POWELL**
CASE NUMBER: **CR 09-4045-5-MWB**

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of : **No Term of Supervised Release shall be reimposed.**